# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>FERNANDO LUVIANO,<br>    Defendant. | CV 19-10596 DSF<br>CR 13-574 DSF<br><br>JUDGMENT |

    The Court having denied Defendant's motion under 28 U.S.C. § 2255,

    IT IS ORDERED AND ADJUDGED that Defendant's sentence is not vacated, set aside, or corrected.

Date: June 3, 2020

                                          _____
                                          Dale S. Fischer
                                          United States District Judge